942

No. 78–1175. HATZLACHH SUPPLY Co. INC. *v.* UNITED STATES. Ct. Cl. Certiorari granted.

No. 78–1202. CHIARELLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted.

No. 78–1248. GTE SYLVANIA, INC., ET AL. *v.* CONSUMERS UNION OF THE UNITED STATES INC. ET AL. C. A. D. C. Cir. Certiorari granted.

No. 78–1327. BOEING Co. *v.* VAN GEMERT ET AL. C. A. 2d Cir. Certiorari granted.

No. 78–1418. BLOOMER *v.* LIBERTY MUTUAL INSURANCE Co. C. A. 2d Cir. Certiorari granted.

No. 78–1455. UNITED STATES *v.* GILLOCK. C. A. 6th Cir. Certiorari granted.

No. 78–1501. McLAIN ET AL. *v.* REAL ESTATE BOARD OF NEW ORLEANS, INC., ET AL. C. A. 5th Cir. Certiorari granted.

No. 78–1118. FORSHAM ET AL. *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. D. C. Cir. Certiorari granted, and case set for oral argument in tandem with No. 78–1088, *Kissinger* v. *Reporters Committee for Freedom of the Press,* and No. 78–1217, *Reporters Committee for Freedom of the Press* v. *Kissinger* [certiorari granted, *ante,* p. 904].

No. 78–1453. UNITED STATES ET AL. *v.* EUGE. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.